JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUSINE SOLAKHYAN, an individual;<br>Plaintiff,<br>vs.<br>GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation; and DOES 1–100, inclusive;<br>Defendants. | Case No.: 2:25-cv-02574-MWF(KESx)<br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The Court has considered the parties' Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation"). (Docket No. 25). The Stipulation is GRANTED. The Court ORDERS this action DISMISSED in its entirety with prejudice, with each side to bear her and its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 14, 2026

MICHAEL W. FITZGERALD
United States District Judge